```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 16373
   DEENA D WILSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8551

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/26/2005 and was confirmed 08/31/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/27/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
PERSONAL FINANCE           MORTGAGE ARRE          .00            .00            .00
CITI FINANCIAL~            CURRENT MORTG          .00            .00            .00
CAPITAL ONE                UNSEC W/INTER    NOT FILED            .00            .00
CAPITAL ONE SERVICES       UNSEC W/INTER    NOT FILED            .00            .00
CITY OF CHICAGO WATER DE   SECURED            567.41          16.22         567.41
DENNIS GEORGE DENTISTRY    UNSEC W/INTER    NOT FILED            .00            .00
CHARTER ONE BANK           UNSEC W/INTER    NOT FILED            .00            .00
J C PENNEY                 UNSEC W/INTER    NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER        93.15          79.90          93.15
RESURGENT CAPITAL ONE SE   UNSEC W/INTER    NOT FILED            .00            .00
MAX RECOVERY               UNSEC W/INTER      1813.05         218.30        1813.05
SEARS PAYMENT CENTER       UNSEC W/INTER    NOT FILED            .00            .00
FIRST USA                  UNSEC W/INTER    NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER    NOT FILED            .00            .00
PERSONAL FINANCE           UNSEC W/INTER      4277.14         514.86        4277.14
ECAST SETTLEMENT CORP      UNSEC W/INTER        32.81          13.91          32.81
RESURGENT ACQUISITION LL   UNSEC W/INTER       484.90          58.49         484.90
PORTFOLIO RECOVERY ASSOC   SECURED           6400.00         533.61        6400.00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER          .00            .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER        28.21            .94          28.21
ADRIAN E MAZAR             DEBTOR ATTY       1,565.00                      1,565.00
TOM VAUGHN                 TRUSTEE                                         1,028.21
DEBTOR REFUND              REFUND                                          1,324.06

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   19,050.17

PRIORITY                                            .00
SECURED                                         6,967.41
```

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 16373 DEENA D WILSON

```
    INTEREST                                                  549.83
UNSECURED                                                   6,729.26
    INTEREST                                                  886.40
ADMINISTRATIVE                                              1,565.00
TRUSTEE COMPENSATION                                        1,028.21
DEBTOR REFUND                                               1,324.06
                                        ---------------    ---------------
TOTALS                                       19,050.17          19,050.17
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```